IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

    **Plaintiff**

vs.                                         Civil No.: 3:21-cv-399

REAL PROPERTY LOCATED AT
5 PORTOFINO DRIVE, UNIT #1006,
PENSACOLA BEACH, FLORIDA,
WITH ALL IMPROVEMENTS AND
APPURTENANCES THEREON

and

REAL PROPERTY LOCATED AT
2001 HIGH STREET, PARK CITY,
SUMMIT COUNTY, UTAH, WITH ALL
IMPROVEMENTS AND APPURTENANCES
THEREON

    **Defendants**
_____/

## VERIFIED COMPLAINT FOR FORFEITURE *IN REM*

COMES NOW United States of America, Plaintiff in this action, by and through the undersigned Assistant United States Attorney, and alleges the following in accordance with Rule G(2) of the Supplemental Rules for

1

Admiralty or Maritime Claims and Asset Forfeiture Actions, and Title 18, United States Code, Section 985:

1. This is a civil action *in rem* brought to enforce the provisions of Title 28, United States Code, Sections 1345 and 1355.

2. This Court has *in rem* jurisdiction over the defendant properties pursuant to:

   a. Title 28, United States Code, Section 1355(b)(1)(A), because pertinent acts or omissions giving rise to the forfeiture occurred in the Northern District of Florida; and

   b. Title 28, United States Code, Section 1355(b)(1)(B), because venue properly lies in the Northern District of Florida pursuant to Title 28, United States Code, Section 1395.

3. Venue lies within the Northern District of Florida pursuant to Title 28, United States Code, Section 1395(a), because the action occurred within the Northern District of Florida.

4. The defendant properties are:

**REAL PROPERTY LOCATED AT 5 PORTOFINO DRIVE, UNIT #1006, PENSACOLA BEACH, FLORIDA, WITH ALL IMPROVEMENTS AND APPURTENANCES THEREON**, (hereinafter "Florida defendant property"), more particularly described as:

> **Unit 1006 of Portofino Tower Five, a Condominium, along with the exclusive right to the use of certain limited common elements known as Parking Spaces 167 and 169 and Storage Area 81, according to the Declaration of Condominium thereof recorded**

>in Official Records Book 5874, page 871, of the Public Records of Escambia County, Florida and all amendments thereto, together with its undivided share in the common elements;

AND

**REAL PROPERTY LOCATED AT 2001 HIGH STREET, PARK CITY, SUMMIT COUNTY, UTAH, WITH ALL IMPROVEMENTS AND APPURTENANCES THEREON**, (hereinafter "Utah defendant property"), more particularly described as:

>Unit 15, CANYON CROSSING CONDOMINIUMS, PHASE I, a Utah Condominium Project, together with its appurtenant undivided ownership interest in and to the common areas and facilities, as established and described in the Record of Survey Map recorded December 16, 1998 as Entry No. 525308, and in the Declaration of Condominium of Canyon Crossing Condominiums recorded December 16, 1998 as Entry No. 525310, in Book 1211, at Page 602, of the Official Records of Summit County, Utah.

5. The defendant properties constitute proceeds or are derived from proceeds traceable to violations of Title 18, United States Code, Sections 981(a)(1)(A) and 981(a)(1)(C), as properties involved in transactions or that constitutes proceeds or are derived from proceeds traceable to violations of Title 18, United States Code, Sections 1343 (Wire Fraud), 1956(a)(1) (Money Laundering), and 1957 (Money Laundering Involving Financial Transactions Exceeding $10,000).

6. The facts and circumstances supporting the seizure and forfeiture of the defendant properties are contained in Exhibit A, which is attached hereto and fully incorporated within this Complaint by reference.

WHEREFORE, the United States of America respectfully requests that process of forfeiture be issued against the defendant properties, that due notice be given to all interested parties to appear and show cause why the forfeiture should not be decreed, that the court decree the condemnation and forfeiture of the properties to the United States for disposition according to law and that the United States be granted such other relief as the Court deems just and proper.

Dated this 5th day of March, 2021.

Respectfully submitted,

JASON R. COODY
Acting United States Attorney

*/s/ Steve Butler*
STEVE BUTLER
Assistant U.S. Attorney
Florida Bar No. 0932353
21 East Garden Street, Suite 400
Pensacola, Florida   32502
(850) 444-4000
steven.Butler@usdoj.gov

## DECLARATION

I, Jennifer W. Joiner, am a Special Agent with the Federal Bureau of Investigation, currently assigned to the Jacksonville Resident Office in Pensacola, Florida.

I have read the contents of the foregoing Complaint for forfeiture, and the Exhibit thereto, and the statements contained therein are true to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 5th day of March, 2021.

JENNIFER W. JOINER
Special Agent
Federal Bureau of Investigation

The foregoing was sworn before me this 5th day of March, 2021, by Special Agent Jennifer W. Joiner, who is personally known to me or has produced _____ as identification.



Notary Public

5